No. 89–7181.   MIRANDA *v.* OFFICE OF PERSONNEL MANAGEMENT.   C. A. Fed. Cir.   Certiorari denied.

No. 89–7184.   LAWSON *v.* WALLACE ET AL.   C. A. 11th Cir. Certiorari denied.

No. 89–7186.   MARSH *v.* FORD MOTOR CO. ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 89–7187.   ROBINSON *v.* MEYER ET AL.   Ct. App. Ohio, Stark County.   Certiorari denied.

No. 89–7190.   PARKER *v.* BOARD OF REVIEW ET AL.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 89–7193.   COADES *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION.   C. A. 3d Cir.   Certiorari denied.

No. 89–7199.   BROWN *v.* SULLIVAN, SUPERINTENDENT, WOODBOURNE CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir. Certiorari denied.

No. 89–7202.   BENOIST *v.* DEPARTMENT OF DEFENSE.   C. A. Fed. Cir.   Certiorari denied.

No. 89–7205.   DONALD *v.* UNITED STATES DEPARTMENT OF EDUCATION.   C. A. 11th Cir.   Certiorari denied.

No. 89–7207.   PAREZ *v.* SAN DIEGO COUNTY SOCIAL SERVICES. C. A. 9th Cir.   Certiorari denied.

No. 89–7212.   EVERSON *v.* OTT ET AL.   Ct. App. Ga.   Certiorari denied.

No. 89–7213.   FORD ET AL. *v.* RUTLEDGE ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 89–7219.   BOATWRIGHT *v.* BARTON, SUPERINTENDENT, FLORIDA STATE PRISON.   C. A. 11th Cir.   Certiorari denied.

No. 89–7220.   BROWN *v.* WAINWRIGHT ET AL.   C. A. 11th Cir. Certiorari denied.